**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILLIE R. GRIFFIN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KANSAS CITY, *et al.*,<br><br>　　　　　　Defendants. | 2:14-cv-00646-JCM-VCF<br><br>**ORDER DENYING MOTION FOR RELEASE OF DEMAND MONEY AND PROPERTY CLAIM** |

　　　　On August 4, 2015, Judgment was entered against Plaintiff (#8). Plaintiff's Complaint was dismissed without prejudice. It has been determined that this court lacks subject matter jurisdiction for plaintiff's claims as pled. (#2 and #7) This case is closed.

　　　　On December 4. 2015, Plaintiff filed his Motion for Release of Demand Money and Property Claim (#10).

　　　　This motion must be denied as untimely. This court lacks jurisdiction to grant any relief to plaintiff in this action.

　　　　DATED this 28th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE